UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MELVYN KAUFMAN,　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　　　04-CV- 3494 (DGT)
　　　　　　　　Plaintiff,

　-against-

JUDITH S. KAYE, in her capacity
as Chief Justice of the Court of
Appeals of the State of New York
and A. GAIL PRUDENTI, in her
official capacity as Presiding Justice
of the Appellate Division of the
Supreme Court of the State of New York,
Appellate Division, Second Judicial
Department,

　　　　　　　　Defendants.
-------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 17, 2005 ★

P.M. _____
TIME A.M. _____

　　　A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on August 11, 2005, granting defendants' motion to dismiss for lack of subject matter jurisdiction; and dismissing plaintiff's complaint in its entirety; it is

　　　ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion to dismiss for lack of subject matter jurisdiction is granted; and that plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York
　　　　August 12, 2005

　　　　　　　　　　　　　　　　　　　　s/Robert C. Heinemann
　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　Clerk of Court